**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan GARZA, Jr., Defendant–Appellant.**

**No. 07–40719
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Garcia & Garcia, Laredo, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Garza, Jr., has moved for leave to

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garza has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.